177 So.2d 324

Marie MORRIS

v.

Starling Jackson MORRIS, Sr.

4 Div. 225.

Supreme Court of Alabama.

July 15, 1965.

W. R. Martin, Ozark, for appellant.

Alton L. Turner, Luverne, for appellee.

GOODWYN, Justice.

There being no assignments of error "bound with the transcript," as required by Rule 1 of the Revised Rules of Practice in the Supreme Court, 261 Ala. XIX, XX (Code 1940, Tit. 7, 1955 Cum.Pocket Part, p. 220; Recompiled Code 1958 (unofficial), Tit. 7, Appendix, p. 1154), we have no alternative but to affirm the decree appealed from. See: Trussell v. Ripps, 277 Ala. 248, 168 So.2d 619; Erwin v. Erwin, 269 Ala. 632, 114 So.2d 918; Patterson v. Gains, 264 Ala. 183, 85 So.2d 892; Dobson v. Deason, 258 Ala. 219, 61 So.2d 764, and cases there cited.

Affirmed.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.